**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MELINDA WING**                                                          **PLAINTIFF**

v.                      **Case No. 3:20-cv-00414-BRW-JTK**

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                     **DEFENDANT**

**ORDER**

Before the Court is Plaintiff's Motion to Proceed *In Forma Pauperis*. *Doc.* 1. The Court finds the application incomplete and requires supplemental information. To begin, Plaintiff states she does not have a monthly income, but her husband makes $3,500 a month. They have $2,375 in monthly household expenses. However, she reports she only has $79.00 in cash, checking, and savings accounts. The Court needs clarification on whether this is the full amount of money in her household or how much she holds separately. If it's the latter, she should supplement her application with the full amount she and her husband hold in cash, checking, and savings accounts.

Next, under debts and financial obligations, Plaintiff states, "I owe a lot of medical bills. I pay 40.00 a month on," but does not complete the sentence. The questionnaire states she must "describe the amounts owed and to whom they are payable." She must complete this section by including the dollar amount for each debt and who the debtor is.

Therefore, the Court directs Plaintiff to fill out another AO240 application that includes the requested information and return it within thirty (30) days of this Order.

SO ORDERED THIS 22nd day of December, 2020.

                                                               _____
                                                                JEROME T. KEARNEY
                                                                UNITED STATES MAGISTRATE JUDGE